UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM SCOTT DAVIS, JR. | ) | **JUDGMENT** |
| | ) | |
| v. | ) | No. 5:11-CV-36-H |
| | ) | |
| | ) | |
| RICHARD DURHAM | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for review of the Memorandum and Recommendation entered by Magistrate Judge David W. Daniel.**

**IT IS ORDERED, ADJUDGED AND DECREED the Court adopts the recommendation of the magistrate judge as its own and the plaintiff's complaint is dismissed as frivolous for failure to state a claim upon which relief may be granted.**

This Judgment Filed and Entered on May 3, 2011 with service on:

William Scott Davis, Jr. (via U.S. Mail) P.O. Box 190, Hampton, Virginia 23669

Date: May 3, 2011

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk